UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 18 AM 11:28

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Pablo SANCHEZ-Santos<br>Aka(s): Carmelo Santos<br>Pedro Sanchez<br><br>Defendant. | Magistrate Case No.<br><br>'08 MJ 1193<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326 -<br><br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **April 15, 2008,** within the Southern District of California, Defendant **Pablo Sanchez-Santos**, aka(s) Carmelo Santos, Pedro Sanchez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **APRIL 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On April 15, 2008, Defendant **Pablo Sanchez-Santos, aka: Carmelo Santos, Pedro Sanchez,** was arrested by Officer Johnson of the San Diego Sheriff Department and identified as **"Pedro Sanchez"** for a violation of section 647(F) of the California Penal Code "Disorderly Conduct, Drunk," and was booked into county jail. An Immigration Enforcement Agent determined the defendant to be a citizen of Mexico and placed an Immigration Detainer pending his release from county jail.

On Thursday, April 17, 2008, the defendant was referred to United States Immigration and Customs Enforcement (ICE) custody. A Deportation Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico, who has been deported or removed from the United States.

A thorough of official computer record checks and information contained in the alien registration file reveal the Defendant has been ordered removed from the United States by an Immigration Judge on or about February 13, 2003 and removed via the Otay Mesa, CA, Port of Entry on the same date. Record checks further indicate that the Defendant has not applied to the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint identification System (IAFIS) were utilized and compared with the defendant's fingerprints. The results confirmed the defendant's identity as **Pablo Sanchez-Santos, aka: Carmelo Santos, Pedro Sanchez**, a citizen and national of Mexico.

All information indicates that Defendant is a citizen and national of Mexico having been previously deported from the United States, and has illegally re-entered the United States after Deportation, in violation of Title 8, United States Code 1326, Deported Alien Found In The United States.